UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SYLINIA JACKSON, on behalf of herself and all : No. 1:22-cv-2378-RA
other persons similarly situated, :
:
Plaintiff, :
: **JOINT MOTION TO**
- against - : **TEMPORARILY STAY**
: **LITIGATION PROCEEDINGS**
NORTHERN TRUST INVESTMENTS, INC., :
:
Defendant. :
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant Northern Trust Investments, Inc. and Plaintiff Sylinia Jackson hereby jointly move this Court to stay these litigation proceedings for 60 days, to and including, July 18, 2022, to allow the parties sufficient time to finalize their settlement in principle of this matter. The parties respectfully request that all pending deadlines in the litigation be stayed and continued pending the parties' discussions.

Application granted.
SO ORDERED.

Dated:  New York, New York
        May 19, 2022

_____
Hon. Ronnie Abrams
May 20, 2022

**GOTTLIEB & ASSOCIATES**                **SIDLEY AUSTIN LLP**

By: /s/ Jeffrey M. Gottlieb            By: /s/ Eric G. Hoffman
   Michael A. LaBollita                     Eric G. Hoffman
   Jeffrey M. Gottlieb                      Eric.Hoffman@sidley.com
   Dana L. Gottlieb                         787 Seventh Avenue
   GOTTLIEB & ASSOCIATES                    New York, NY 10019
   150 East 18th St., Suite PHR             Tel:  (212) 839-5300
   New York, NY 10003                       Fax: (212) 839-5599
   Telephone: 212.228.9795
   Fax: 212.982.6284                        *Attorney for Defendant*
   Jeffrey@Gottlieb.legal
   *Attorneys for Plaintiff*