UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SYLINIA JACKSON, on behalf of herself and all other persons similarly situated,

                Plaintiff,

- against -

NORTHERN TRUST INVESTMENTS, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:22-cv-2378-RA

**JOINT MOTION TO EXTEND TEMPORARY STAY OF LITIGATION PROCEEDINGS**

Defendant Northern Trust Investments, Inc. and Plaintiff Sylinia Jackson hereby jointly move this Court to extend the temporary stay of litigation proceedings entered in this case on May 20, 2022, which is currently scheduled to expire on July 18, 2022, for an additional 30 days, to and including August 17, 2022. The extension is respectfully requested to allow the parties sufficient time to finalize their settlement.

Dated: New York, New York
       July 15, 2022

Application granted.
SO ORDERED.

_____
Hon. Ronnie Abrams
July 18, 2022

**GOTTLIEB & ASSOCIATES**

By: /s/ Jeffrey M. Gottlieb
Michael A. LaBollita
Jeffrey M. Gottlieb
Dana L. Gottlieb
GOTTLIEB & ASSOCIATES
150 East 18th St., Suite PHR
New York, NY 10003
Telephone: 212.228.9795
Fax: 212.982.6284
Jeffrey@Gottlieb.legal
*Attorneys for Plaintiff*

**SIDLEY AUSTIN LLP**

By: /s/ Eric G. Hoffman
Eric G. Hoffman
Eric.Hoffman@sidley.com
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Attorney for Defendant*