UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SYLINIA JACKSON, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

NORTHERN TRUST INVESTMENTS, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-2378

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, NORTHERN TRUST INVESTMENTS, INC., with prejudice and without fees and costs.

Dated: New York, New York
       August 12, 2022

                                          **GOTTLIEB & ASSOCIATES**

                                          */s/Michael A. LaBollita, Esq.*

                                          Michael A. LaBollita, Esq., (ML-9985)
                                          150 East 18th Street, Suite PHR
                                          New York, NY 10003
                                          Phone: (212) 228-9795
                                          Fax: (212) 982-6284
                                          Michael@Gottlieb.legal

                                          *Attorneys for Plaintiffs*

The Clerk of Court is respectfully directed
to close this case.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 15, 2022